No. 93–1063.  HAYWARD ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–1074.  CELLSWITCH L. P. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 93–1081.  GILLIS ET AL. v. HOECHST CELANESE CORP.  C. A. 3d Cir.  Certiorari denied.

No. 93–1097.  CHESLEREAN v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 6th Cir.  Certiorari denied.

No. 93–1105.  COLORADO DEPARTMENT OF HEALTH ET AL. v. BAUMAN ET AL.  Ct. App. Colo.  Certiorari denied.

No. 93–1106.  JACKSON v. NEW YORK CITY POLICE DEPARTMENT ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 93–1152.  GARRATT v. MORRIS ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 93–1204.  EAGLEYE v. TRW, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–1218.  THOMAS ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–1240.  BRITT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–1245.  ODECO OIL & GAS CO., DRILLING DIVISION, ET AL. v. BONNETTE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–1255.  MORRIS COUNTY v. PHILIPPEN.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 93–1256.  HAYDEN v. LA-Z-BOY CHAIR CO.  C. A. 7th Cir.  Certiorari denied.